# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/06/19 | 10/08/19 1045 hours | VCDA Investigator P. Walsh |

INVENTORY MADE IN THE PRESENCE OF

VCDA Investigator P. Walsh

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

County of Ventura check #: 1001910619 ; amount: $247,020.00 marked for identification; seizure # 425-2019-01

# CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be returned through a filing with the Clerk's Office.*

Date: 10/08/19

_____
Executing Officer's Signature

Vinh Tran / Senior Special Agent
Printed Name and Title